Case 1:20-mj-01325-JHR   Document 11-1   Filed 08/07/20   Page 1 of 3

# Table H-3.
## U.S. District Courts—Pretrial Services Recommendations Made For Initial Pretrial Release For the 12-Month Period Ending September 30, 2018

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| TOTAL | 99,494 | 90,398 | 90.9 | 64,336 | 71.2 | 26,062 | 28.8 | 90,684 | 91.1 | 67,169 | 74.1 | 23,515 | 25.9 |
| 1ST | 2,483 | 2,209 | 89.0 | 1,549 | 70.1 | 660 | 29.9 | 2,206 | 88.8 | 1,789 | 81.1 | 417 | 18.9 |
| ME | 203 | 157 | 77.3 | 81 | 51.6 | 76 | 48.4 | 157 | 77.3 | 94 | 59.9 | 63 | 40.1 |
| MA | 581 | 433 | 74.5 | 259 | 59.8 | 174 | 40.2 | 437 | 75.2 | 292 | 66.8 | 145 | 33.2 |
| NH | 229 | 166 | 72.5 | 110 | 66.3 | 56 | 33.7 | 165 | 72.1 | 115 | 69.7 | 50 | 30.3 |
| RI | 168 | 161 | 95.8 | 86 | 53.4 | 75 | 46.6 | 161 | 95.8 | 109 | 67.7 | 52 | 32.3 |
| PR | 1,302 | 1,292 | 99.2 | 1,013 | 78.4 | 279 | 21.6 | 1,286 | 98.8 | 1,179 | 91.7 | 107 | 8.3 |
| 2ND | 4,036 | 3,826 | 94.8 | 1,937 | 50.6 | 1,889 | 49.4 | 3,812 | 94.4 | 2,368 | 62.1 | 1,444 | 37.9 |
| CT | 415 | 327 | 78.8 | 167 | 51.1 | 160 | 48.9 | 318 | 76.6 | 196 | 61.6 | 122 | 38.4 |
| NY,N | 410 | 388 | 94.6 | 269 | 69.3 | 119 | 30.7 | 389 | 94.9 | 271 | 69.7 | 118 | 30.3 |
| NY,E | 895 | 865 | 96.6 | 369 | 42.7 | 496 | 57.3 | 859 | 96.0 | 542 | 63.1 | 317 | 36.9 |
| NY,S | 1,631 | 1,612 | 98.8 | 774 | 48.0 | 838 | 52.0 | 1,612 | 98.8 | 921 | 57.1 | 691 | 42.9 |
| NY,W | 509 | 493 | 96.9 | 261 | 52.9 | 232 | 47.1 | 493 | 96.9 | 323 | 65.5 | 170 | 34.5 |
| VT | 176 | 141 | 80.1 | 97 | 68.8 | 44 | 31.2 | 141 | 80.1 | 115 | 81.6 | 26 | 18.4 |
| 3RD | 2,853 | 2,522 | 88.4 | 1,425 | 56.5 | 1,097 | 43.5 | 2,530 | 88.7 | 1,522 | 60.2 | 1,008 | 39.8 |
| DE | 116 | 108 | 93.1 | 86 | 79.6 | 22 | 20.4 | 108 | 93.1 | 90 | 83.3 | 18 | 16.7 |
| NJ | 962 | 911 | 94.7 | 431 | 47.3 | 480 | 52.7 | 911 | 94.7 | 451 | 49.5 | 460 | 50.5 |
| PA,E | 631 | 620 | 98.3 | 384 | 61.9 | 236 | 38.1 | 620 | 98.3 | 413 | 66.6 | 207 | 33.4 |
| PA,M | 558 | 360 | 64.5 | 224 | 62.2 | 136 | 37.8 | 358 | 64.2 | 224 | 62.6 | 134 | 37.4 |
| PA,W | 509 | 474 | 93.1 | 262 | 55.3 | 212 | 44.7 | 480 | 94.3 | 302 | 62.9 | 178 | 37.1 |
| VI | 77 | 49 | 63.6 | 38 | 77.6 | 11 | 22.4 | 53 | 68.8 | 42 | 79.2 | 11 | 20.8 |
| 4TH | 5,943 | 4,407 | 74.2 | 2,713 | 61.6 | 1,694 | 38.4 | 4,539 | 76.4 | 3,156 | 69.5 | 1,383 | 30.5 |
| MD | 704 | 672 | 95.5 | 457 | 68.0 | 215 | 32.0 | 668 | 94.9 | 470 | 70.4 | 198 | 29.6 |
| NC,E | 923 | 710 | 76.9 | 554 | 78.0 | 156 | 22.0 | 708 | 76.7 | 616 | 87.0 | 92 | 13.0 |
| NC,M | 332 | 311 | 93.7 | 194 | 62.4 | 117 | 37.6 | 310 | 93.4 | 230 | 74.2 | 80 | 25.8 |
| NC,W | 642 | 604 | 94.1 | 451 | 74.7 | 153 | 25.3 | 604 | 94.1 | 477 | 79.0 | 127 | 21.0 |
| SC | 1,036 | 649 | 62.6 | 313 | 48.2 | 336 | 51.8 | 637 | 61.5 | 379 | 59.5 | 258 | 40.5 |
| VA,E | 1,379 | 795 | 57.7 | 334 | 42.0 | 461 | 58.0 | 944 | 68.5 | 568 | 60.2 | 376 | 39.8 |
| VA,W | 286 | 201 | 70.3 | 125 | 62.2 | 76 | 37.8 | 179 | 62.6 | 116 | 64.8 | 63 | 35.2 |
| WV,N | 334 | 234 | 70.1 | 113 | 48.3 | 121 | 51.7 | 255 | 76.3 | 122 | 47.8 | 133 | 52.2 |
| WV,S | 307 | 231 | 75.2 | 172 | 74.5 | 59 | 25.5 | 234 | 76.2 | 178 | 76.1 | 56 | 23.9 |

EXHIBIT A

## Table H-3. (September 2018—Continued)

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] ||||||  Type of AUSA[2] Recommendation Made[3] ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended || Detention || Release || AUSA Recommendation || Detention || Release ||
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| **5TH** | 21,878 | 20,130 | 92.0 | 16,390 | 81.4 | 3,740 | 18.6 | 20,097 | 91.9 | 17,251 | 85.8 | 2,846 | 14.2 |
| LA,E | 333 | 305 | 91.6 | 174 | 57.0 | 131 | 43.0 | 305 | 91.6 | 198 | 64.9 | 107 | 35.1 |
| LA,M | 223 | 176 | 78.9 | 83 | 47.2 | 93 | 52.8 | 176 | 78.9 | 125 | 71.0 | 51 | 29.0 |
| LA,W | 328 | 214 | 65.2 | 131 | 61.2 | 83 | 38.8 | 213 | 64.9 | 139 | 65.3 | 74 | 34.7 |
| MS,N | 195 | 154 | 79.0 | 87 | 56.5 | 67 | 43.5 | 154 | 79.0 | 92 | 59.7 | 62 | 40.3 |
| MS,S | 512 | 370 | 72.3 | 292 | 78.9 | 78 | 21.1 | 369 | 72.1 | 291 | 78.9 | 78 | 21.1 |
| TX,N | 999 | 936 | 93.7 | 542 | 57.9 | 394 | 42.1 | 929 | 93.0 | 696 | 74.9 | 233 | 25.1 |
| TX,E | 838 | 677 | 80.8 | 499 | 73.7 | 178 | 26.3 | 677 | 80.8 | 548 | 80.9 | 129 | 19.1 |
| TX,S | 8,092 | 7,123 | 88.0 | 5,934 | 83.3 | 1,189 | 16.7 | 7,120 | 88.0 | 6,193 | 87.0 | 927 | 13.0 |
| TX,W | 10,358 | 10,175 | 98.2 | 8,648 | 85.0 | 1,527 | 15.0 | 10,154 | 98.0 | 8,969 | 88.3 | 1,185 | 11.7 |
| **6TH** | 6,098 | 5,216 | 85.5 | 3,310 | 63.5 | 1,906 | 36.5 | 5,246 | 86.0 | 3,625 | 69.1 | 1,621 | 30.9 |
| KY,E | 463 | 364 | 78.6 | 260 | 71.4 | 104 | 28.6 | 364 | 78.6 | 261 | 71.7 | 103 | 28.3 |
| KY,W | 332 | 274 | 82.5 | 167 | 60.9 | 107 | 39.1 | 273 | 82.2 | 182 | 66.7 | 91 | 33.3 |
| MI,E | 1,125 | 1,023 | 90.9 | 572 | 55.9 | 451 | 44.1 | 1,022 | 90.8 | 626 | 61.3 | 396 | 38.7 |
| MI,W | 460 | 443 | 96.3 | 262 | 59.1 | 181 | 40.9 | 443 | 96.3 | 313 | 70.7 | 130 | 29.3 |
| OH,N | 912 | 798 | 87.5 | 544 | 68.2 | 254 | 31.8 | 803 | 88.0 | 566 | 70.5 | 237 | 29.5 |
| OH,S | 888 | 734 | 82.7 | 319 | 43.5 | 415 | 56.5 | 733 | 82.5 | 393 | 53.6 | 340 | 46.4 |
| TN,E | 842 | 793 | 94.2 | 661 | 83.4 | 132 | 16.6 | 794 | 94.3 | 695 | 87.5 | 99 | 12.5 |
| TN,M | 362 | 241 | 66.6 | 172 | 71.4 | 69 | 28.6 | 302 | 83.4 | 234 | 77.5 | 68 | 22.5 |
| TN,W | 714 | 546 | 76.5 | 353 | 64.7 | 193 | 35.3 | 512 | 71.7 | 355 | 69.3 | 157 | 30.7 |
| **7TH** | 3,126 | 2,731 | 87.4 | 1,619 | 59.3 | 1,112 | 40.7 | 2,712 | 86.8 | 1,940 | 71.5 | 772 | 28.5 |
| IL,N | 908 | 863 | 95.0 | 422 | 48.9 | 441 | 51.1 | 861 | 94.8 | 606 | 70.4 | 255 | 29.6 |
| IL,C | 301 | 287 | 95.3 | 218 | 76.0 | 69 | 24.0 | 285 | 94.7 | 224 | 78.6 | 61 | 21.4 |
| IL,S | 305 | 223 | 73.1 | 127 | 57.0 | 96 | 43.0 | 223 | 73.1 | 149 | 66.8 | 74 | 33.2 |
| IN,N | 468 | 446 | 95.3 | 297 | 66.6 | 149 | 33.4 | 447 | 95.5 | 323 | 72.3 | 124 | 27.7 |
| IN,S | 623 | 552 | 88.6 | 400 | 72.5 | 152 | 27.5 | 536 | 86.0 | 446 | 83.2 | 90 | 16.8 |
| WI,E | 351 | 282 | 80.3 | 114 | 40.4 | 168 | 59.6 | 282 | 80.3 | 150 | 53.2 | 132 | 46.8 |
| WI,W | 170 | 78 | 45.9 | 41 | 52.6 | 37 | 47.4 | 78 | 45.9 | 42 | 53.8 | 36 | 46.2 |
| **8TH** | 6,107 | 5,426 | 88.8 | 3,648 | 67.2 | 1,778 | 32.8 | 5,401 | 88.4 | 4,204 | 77.8 | 1,197 | 22.2 |
| AR,E | 659 | 493 | 74.8 | 248 | 50.3 | 245 | 49.7 | 493 | 74.8 | 281 | 57.0 | 212 | 43.0 |
| AR,W | 245 | 211 | 86.1 | 190 | 90.0 | 21 | 10.0 | 211 | 86.1 | 190 | 90.0 | 21 | 10.0 |
| IA,N | 410 | 368 | 89.8 | 279 | 75.8 | 89 | 24.2 | 366 | 89.3 | 302 | 82.5 | 64 | 17.5 |
| IA,S | 524 | 479 | 91.4 | 310 | 64.7 | 169 | 35.3 | 479 | 91.4 | 359 | 74.9 | 120 | 25.1 |
| MN | 372 | 332 | 89.2 | 197 | 59.3 | 135 | 40.7 | 313 | 84.1 | 230 | 73.5 | 83 | 26.5 |
| MO,E | 1,560 | 1,497 | 96.0 | 1,129 | 75.4 | 368 | 24.6 | 1,505 | 96.5 | 1,229 | 81.7 | 276 | 18.3 |
| MO,W | 835 | 746 | 89.3 | 497 | 66.6 | 249 | 33.4 | 743 | 89.0 | 635 | 85.5 | 108 | 14.5 |
| NE | 596 | 545 | 91.4 | 380 | 69.7 | 165 | 30.3 | 536 | 89.9 | 419 | 78.2 | 117 | 21.8 |
| ND | 356 | 245 | 68.8 | 143 | 58.4 | 102 | 41.6 | 246 | 69.1 | 160 | 65.0 | 86 | 35.0 |
| SD | 550 | 510 | 92.7 | 275 | 53.9 | 235 | 46.1 | 509 | 92.5 | 399 | 78.4 | 110 | 21.6 |

## Table H-3. (September 2018—Continued)

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] ||||||  Type of AUSA[2] Recommendation Made[3] ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended || Detention || Release || AUSA Recommendation || Detention || Release ||
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| **9TH** | **32,004** | **30,641** | **95.7** | **22,485** | **73.4** | **8,156** | **26.6** | **30,591** | **95.6** | **21,566** | **70.5** | **9,025** | **29.5** |
| AK | 233 | 217 | 93.1 | 169 | 77.9 | 48 | 22.1 | 216 | 92.7 | 179 | 82.9 | 37 | 17.1 |
| AZ | 16,010 | 15,369 | 96.0 | 14,339 | 93.3 | 1,030 | 6.7 | 15,360 | 95.9 | 14,684 | 95.6 | 676 | 4.4 |
| CA,N | 670 | 666 | 99.4 | 285 | 42.8 | 381 | 57.2 | 666 | 99.4 | 405 | 60.8 | 261 | 39.2 |
| CA,E | 686 | 674 | 98.3 | 468 | 69.4 | 206 | 30.6 | 674 | 98.3 | 575 | 85.3 | 99 | 14.7 |
| CA,C | 1,846 | 1,773 | 96.0 | 1,096 | 61.8 | 677 | 38.2 | 1,772 | 96.0 | 1,255 | 70.8 | 517 | 29.2 |
| CA,S | 8,851 | 8,705 | 98.4 | 4,371 | 50.2 | 4,334 | 49.8 | 8,670 | 98.0 | 2,359 | 27.2 | 6,311 | 72.8 |
| HI | 233 | 204 | 87.6 | 67 | 32.8 | 137 | 67.2 | 204 | 87.6 | 140 | 68.6 | 64 | 31.4 |
| ID | 425 | 293 | 68.9 | 178 | 60.8 | 115 | 39.2 | 285 | 67.1 | 217 | 76.1 | 68 | 23.9 |
| MT | 436 | 363 | 83.3 | 237 | 65.3 | 126 | 34.7 | 363 | 83.3 | 238 | 65.6 | 125 | 34.4 |
| NV | 648 | 605 | 93.4 | 411 | 67.9 | 194 | 32.1 | 604 | 93.2 | 464 | 76.8 | 140 | 23.2 |
| OR | 568 | 538 | 94.7 | 289 | 53.7 | 249 | 46.3 | 538 | 94.7 | 356 | 66.2 | 182 | 33.8 |
| WA,E | 431 | 305 | 70.8 | 213 | 69.8 | 92 | 30.2 | 313 | 72.6 | 294 | 93.9 | 19 | 6.1 |
| WA,W | 907 | 873 | 96.3 | 342 | 39.2 | 531 | 60.8 | 870 | 95.9 | 377 | 43.3 | 493 | 56.7 |
| GUAM | 45 | 43 | 95.6 | 12 | 27.9 | 31 | 72.1 | 43 | 95.6 | 14 | 32.6 | 29 | 67.4 |
| NM,I | 15 | 13 | 86.7 | 8 | 61.5 | 5 | 38.5 | 13 | 86.7 | 9 | 69.2 | 4 | 30.8 |
| **10TH** | **7,533** | **7,022** | **93.2** | **5,587** | **79.6** | **1,435** | **20.4** | **7,021** | **93.2** | **5,844** | **83.2** | **1,177** | **16.8** |
| CO | 629 | 523 | 83.1 | 359 | 68.6 | 164 | 31.4 | 522 | 83.0 | 397 | 76.1 | 125 | 23.9 |
| KS | 532 | 486 | 91.4 | 310 | 63.8 | 176 | 36.2 | 486 | 91.4 | 327 | 67.3 | 159 | 32.7 |
| NM | 4,483 | 4,353 | 97.1 | 3,902 | 89.6 | 451 | 10.4 | 4,353 | 97.1 | 3,988 | 91.6 | 365 | 8.4 |
| OK,N | 253 | 200 | 79.1 | 95 | 47.5 | 105 | 52.5 | 200 | 79.1 | 108 | 54.0 | 92 | 46.0 |
| OK,E | 149 | 138 | 92.6 | 105 | 76.1 | 33 | 23.9 | 139 | 93.3 | 114 | 82.0 | 25 | 18.0 |
| OK,W | 612 | 572 | 93.5 | 252 | 44.1 | 320 | 55.9 | 572 | 93.5 | 279 | 48.8 | 293 | 51.2 |
| UT | 635 | 580 | 91.3 | 437 | 75.3 | 143 | 24.7 | 580 | 91.3 | 481 | 82.9 | 99 | 17.1 |
| WY | 240 | 170 | 70.8 | 127 | 74.7 | 43 | 25.3 | 169 | 70.4 | 150 | 88.8 | 19 | 11.2 |
| **11TH** | **7,433** | **6,268** | **84.3** | **3,673** | **58.6** | **2,595** | **41.4** | **6,529** | **87.8** | **3,904** | **59.8** | **2,625** | **40.2** |
| AL,N | 536 | 331 | 61.8 | 179 | 54.1 | 152 | 45.9 | 331 | 61.8 | 182 | 55.0 | 149 | 45.0 |
| AL,M | 240 | 207 | 86.3 | 105 | 50.7 | 102 | 49.3 | 206 | 85.8 | 111 | 53.9 | 95 | 46.1 |
| AL,S | 354 | 195 | 55.1 | 96 | 49.2 | 99 | 50.8 | 192 | 54.2 | 120 | 62.5 | 72 | 37.5 |
| FL,N | 364 | 312 | 85.7 | 153 | 49.0 | 159 | 51.0 | 307 | 84.3 | 185 | 60.3 | 122 | 39.7 |
| FL,M | 1,805 | 1,654 | 91.6 | 1,019 | 61.6 | 635 | 38.4 | 1,653 | 91.6 | 1,248 | 75.5 | 405 | 24.5 |
| FL,S | 2,551 | 2,204 | 86.4 | 1,261 | 57.2 | 943 | 42.8 | 2,504 | 98.2 | 1,121 | 44.8 | 1,383 | 55.2 |
| GA,N | 721 | 645 | 89.5 | 380 | 58.9 | 265 | 41.1 | 632 | 87.7 | 412 | 65.2 | 220 | 34.8 |
| GA,M | 482 | 383 | 79.5 | 206 | 53.8 | 177 | 46.2 | 372 | 77.2 | 251 | 67.5 | 121 | 32.5 |
| GA,S | 380 | 337 | 88.7 | 274 | 81.3 | 63 | 18.7 | 332 | 87.4 | 274 | 82.5 | 58 | 17.5 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.
[1] PSO = Pretrial Services Officer.
[2] AUSA = Assistant U.S. Attorney.
[3] Excludes dismissals and cases in which release is not possible within 90 days.