Table H-3.
**U.S. District Courts—Pretrial Services Recommendations Made For Initial Pretrial Release**
**For the 12-Month Period Ending September 30, 2019**

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| TOTAL | 108,163 | 97,784 | 90.4 | 69,571 | 71.1 | 28,213 | 28.9 | 98,071 | 90.7 | 75,365 | 76.8 | 22,706 | 23.2 |
| 1ST | 2,730 | 2,342 | 85.8 | 1,450 | 61.9 | 892 | 38.1 | 2,330 | 85.3 | 1,754 | 75.3 | 576 | 24.7 |
| ME | 298 | 202 | 67.8 | 93 | 46.0 | 109 | 54.0 | 202 | 67.8 | 135 | 66.8 | 67 | 33.2 |
| MA | 760 | 558 | 73.4 | 265 | 47.5 | 293 | 52.5 | 557 | 73.3 | 324 | 58.2 | 233 | 41.8 |
| NH | 280 | 216 | 77.1 | 108 | 50.0 | 108 | 50.0 | 214 | 76.4 | 111 | 51.9 | 103 | 48.1 |
| RI | 143 | 132 | 92.3 | 76 | 57.6 | 56 | 42.4 | 133 | 93.0 | 88 | 66.2 | 45 | 33.8 |
| PR | 1,249 | 1,234 | 98.8 | 908 | 73.6 | 326 | 26.4 | 1,224 | 98.0 | 1,096 | 89.5 | 128 | 10.5 |
| 2ND | 3,942 | 3,690 | 93.6 | 1,808 | 49.0 | 1,882 | 51.0 | 3,669 | 93.1 | 2,239 | 61.0 | 1,430 | 39.0 |
| CT | 534 | 446 | 83.5 | 200 | 44.8 | 246 | 55.2 | 434 | 81.3 | 255 | 58.8 | 179 | 41.2 |
| NY,N | 442 | 416 | 94.1 | 313 | 75.2 | 103 | 24.8 | 411 | 93.0 | 315 | 76.6 | 96 | 23.4 |
| NY,E | 811 | 786 | 96.9 | 375 | 47.7 | 411 | 52.3 | 781 | 96.3 | 483 | 61.8 | 298 | 38.2 |
| NY,S | 1,403 | 1,376 | 98.1 | 601 | 43.7 | 775 | 56.3 | 1,375 | 98.0 | 738 | 53.7 | 637 | 46.3 |
| NY,W | 536 | 496 | 92.5 | 228 | 46.0 | 268 | 54.0 | 495 | 92.4 | 320 | 64.6 | 175 | 35.4 |
| VT | 216 | 170 | 78.7 | 91 | 53.5 | 79 | 46.5 | 173 | 80.1 | 128 | 74.0 | 45 | 26.0 |
| 3RD | 3,583 | 3,390 | 94.6 | 1,911 | 56.4 | 1,479 | 43.6 | 3,382 | 94.4 | 2,074 | 61.3 | 1,308 | 38.7 |
| DE | 133 | 131 | 98.5 | 100 | 76.3 | 31 | 23.7 | 131 | 98.5 | 101 | 77.1 | 30 | 22.9 |
| NJ | 1,399 | 1,342 | 95.9 | 678 | 50.5 | 664 | 49.5 | 1,342 | 95.9 | 716 | 53.4 | 626 | 46.6 |
| PA,E | 866 | 853 | 98.5 | 492 | 57.7 | 361 | 42.3 | 853 | 98.5 | 554 | 64.9 | 299 | 35.1 |
| PA,M | 445 | 376 | 84.5 | 268 | 71.3 | 108 | 28.7 | 370 | 83.1 | 267 | 72.2 | 103 | 27.8 |
| PA,W | 592 | 567 | 95.8 | 304 | 53.6 | 263 | 46.4 | 566 | 95.6 | 352 | 62.2 | 214 | 37.8 |
| VI | 148 | 121 | 81.8 | 69 | 57.0 | 52 | 43.0 | 120 | 81.1 | 84 | 70.0 | 36 | 30.0 |

EXHIBIT B

**Table H-3. (September 30, 2019—Continued)**

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| **4TH** | 6,411 | 4,872 | 76.0 | 3,069 | 63.0 | 1,803 | 37.0 | 5,093 | 79.4 | 3,678 | 72.2 | 1,415 | 27.8 |
| MD | 668 | 631 | 94.5 | 423 | 67.0 | 208 | 33.0 | 629 | 94.2 | 432 | 68.7 | 197 | 31.3 |
| NC,E | 1,088 | 823 | 75.6 | 592 | 71.9 | 231 | 28.1 | 823 | 75.6 | 702 | 85.3 | 121 | 14.7 |
| NC,M | 412 | 388 | 94.2 | 236 | 60.8 | 152 | 39.2 | 386 | 93.7 | 279 | 72.3 | 107 | 27.7 |
| NC,W | 607 | 553 | 91.1 | 414 | 74.9 | 139 | 25.1 | 549 | 90.4 | 450 | 82.0 | 99 | 18.0 |
| SC | 948 | 685 | 72.3 | 369 | 53.9 | 316 | 46.1 | 680 | 71.7 | 411 | 60.4 | 269 | 39.6 |
| VA,E | 1,512 | 873 | 57.7 | 406 | 46.5 | 467 | 53.5 | 1,084 | 71.7 | 715 | 66.0 | 369 | 34.0 |
| VA,W | 406 | 319 | 78.6 | 243 | 76.2 | 76 | 23.8 | 309 | 76.1 | 243 | 78.6 | 66 | 21.4 |
| WV,N | 372 | 304 | 81.7 | 162 | 53.3 | 142 | 46.7 | 303 | 81.5 | 164 | 54.1 | 139 | 45.9 |
| WV,S | 398 | 296 | 74.4 | 224 | 75.7 | 72 | 24.3 | 330 | 82.9 | 282 | 85.5 | 48 | 14.5 |
| **5TH** | 26,777 | 24,455 | 91.3 | 20,039 | 81.9 | 4,416 | 18.1 | 24,413 | 91.2 | 21,127 | 86.5 | 3,286 | 13.5 |
| LA,E | 333 | 312 | 93.7 | 196 | 62.8 | 116 | 37.2 | 311 | 93.4 | 226 | 72.7 | 85 | 27.3 |
| LA,M | 186 | 136 | 73.1 | 67 | 49.3 | 69 | 50.7 | 136 | 73.1 | 84 | 61.8 | 52 | 38.2 |
| LA,W | 435 | 279 | 64.1 | 182 | 65.2 | 97 | 34.8 | 261 | 60.0 | 179 | 68.6 | 82 | 31.4 |
| MS,N | 225 | 174 | 77.3 | 77 | 44.3 | 97 | 55.7 | 174 | 77.3 | 82 | 47.1 | 92 | 52.9 |
| MS,S | 587 | 533 | 90.8 | 432 | 81.1 | 101 | 18.9 | 531 | 90.5 | 422 | 79.5 | 109 | 20.5 |
| TX,N | 1,084 | 1,031 | 95.1 | 561 | 54.4 | 470 | 45.6 | 1,017 | 93.8 | 720 | 70.8 | 297 | 29.2 |
| TX,E | 934 | 757 | 81.0 | 555 | 73.3 | 202 | 26.7 | 755 | 80.8 | 640 | 84.8 | 115 | 15.2 |
| TX,S | 11,479 | 9,884 | 86.1 | 8,350 | 84.5 | 1,534 | 15.5 | 9,875 | 86.0 | 8,703 | 88.1 | 1,172 | 11.9 |
| TX,W | 11,514 | 11,349 | 98.6 | 9,619 | 84.8 | 1,730 | 15.2 | 11,353 | 98.6 | 10,071 | 88.7 | 1,282 | 11.3 |
| **6TH** | 6,518 | 5,548 | 85.1 | 3,511 | 63.3 | 2,037 | 36.7 | 5,651 | 86.7 | 3,978 | 70.4 | 1,673 | 29.6 |
| KY,E | 642 | 512 | 79.8 | 378 | 73.8 | 134 | 26.2 | 514 | 80.1 | 390 | 75.9 | 124 | 24.1 |
| KY,W | 446 | 346 | 77.6 | 229 | 66.2 | 117 | 33.8 | 346 | 77.6 | 252 | 72.8 | 94 | 27.2 |
| MI,E | 1,045 | 967 | 92.5 | 512 | 52.9 | 455 | 47.1 | 966 | 92.4 | 583 | 60.4 | 383 | 39.6 |
| MI,W | 414 | 399 | 96.4 | 249 | 62.4 | 150 | 37.6 | 399 | 96.4 | 302 | 75.7 | 97 | 24.3 |
| OH,N | 1,020 | 868 | 85.1 | 562 | 64.7 | 306 | 35.3 | 879 | 86.2 | 616 | 70.1 | 263 | 29.9 |
| OH,S | 883 | 745 | 84.4 | 299 | 40.1 | 446 | 59.9 | 745 | 84.4 | 398 | 53.4 | 347 | 46.6 |
| TN,E | 996 | 954 | 95.8 | 774 | 81.1 | 180 | 18.9 | 954 | 95.8 | 805 | 84.4 | 149 | 15.6 |
| TN,M | 367 | 193 | 52.6 | 162 | 83.9 | 31 | 16.1 | 284 | 77.4 | 213 | 75.0 | 71 | 25.0 |
| TN,W | 705 | 564 | 80.0 | 346 | 61.3 | 218 | 38.7 | 564 | 80.0 | 419 | 74.3 | 145 | 25.7 |

Table H-3. (September 30, 2019—Continued)

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] ||||||  Type of AUSA[2] Recommendation Made[3] ||||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | PSO Recommended || Detention || Release || AUSA Recommendation || Detention || Release ||
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| 7TH | 3,221 | 2,789 | 86.6 | 1,654 | 59.3 | 1,135 | 40.7 | 2,785 | 86.5 | 2,039 | 73.2 | 746 | 26.8 |
| IL,N | 1,080 | 1,014 | 93.9 | 501 | 49.4 | 513 | 50.6 | 1,017 | 94.2 | 684 | 67.3 | 333 | 32.7 |
| IL,C | 285 | 273 | 95.8 | 220 | 80.6 | 53 | 19.4 | 272 | 95.4 | 232 | 85.3 | 40 | 14.7 |
| IL,S | 347 | 255 | 73.5 | 155 | 60.8 | 100 | 39.2 | 255 | 73.5 | 186 | 72.9 | 69 | 27.1 |
| IN,N | 372 | 352 | 94.6 | 261 | 74.1 | 91 | 25.9 | 353 | 94.9 | 286 | 81.0 | 67 | 19.0 |
| IN,S | 658 | 580 | 88.1 | 381 | 65.7 | 199 | 34.3 | 573 | 87.1 | 481 | 83.9 | 92 | 16.1 |
| WI,E | 304 | 232 | 76.3 | 100 | 43.1 | 132 | 56.9 | 232 | 76.3 | 133 | 57.3 | 99 | 42.7 |
| WI,W | 175 | 83 | 47.4 | 36 | 43.4 | 47 | 56.6 | 83 | 47.4 | 37 | 44.6 | 46 | 55.4 |
| 8TH | 6,711 | 5,967 | 88.9 | 3,931 | 65.9 | 2,036 | 34.1 | 5,940 | 88.5 | 4,698 | 79.1 | 1,242 | 20.9 |
| AR,E | 686 | 516 | 75.2 | 271 | 52.5 | 245 | 47.5 | 521 | 75.9 | 335 | 64.3 | 186 | 35.7 |
| AR,W | 340 | 290 | 85.3 | 245 | 84.5 | 45 | 15.5 | 286 | 84.1 | 248 | 86.7 | 38 | 13.3 |
| IA,N | 446 | 387 | 86.8 | 274 | 70.8 | 113 | 29.2 | 388 | 87.0 | 297 | 76.5 | 91 | 23.5 |
| IA,S | 550 | 505 | 91.8 | 316 | 62.6 | 189 | 37.4 | 505 | 91.8 | 390 | 77.2 | 115 | 22.8 |
| MN | 457 | 401 | 87.7 | 214 | 53.4 | 187 | 46.6 | 387 | 84.7 | 270 | 69.8 | 117 | 30.2 |
| MO,E | 1,691 | 1,625 | 96.1 | 1,211 | 74.5 | 414 | 25.5 | 1,638 | 96.9 | 1,382 | 84.4 | 256 | 15.6 |
| MO,W | 998 | 904 | 90.6 | 566 | 62.6 | 338 | 37.4 | 890 | 89.2 | 749 | 84.2 | 141 | 15.8 |
| NE | 595 | 545 | 91.6 | 386 | 70.8 | 159 | 29.2 | 532 | 89.4 | 422 | 79.3 | 110 | 20.7 |
| ND | 345 | 232 | 67.2 | 126 | 54.3 | 106 | 45.7 | 230 | 66.7 | 149 | 64.8 | 81 | 35.2 |
| SD | 603 | 562 | 93.2 | 322 | 57.3 | 240 | 42.7 | 563 | 93.4 | 456 | 81.0 | 107 | 19.0 |
| 9TH | 32,846 | 30,960 | 94.3 | 22,474 | 72.6 | 8,486 | 27.4 | 30,897 | 94.1 | 23,397 | 75.7 | 7,500 | 24.3 |
| AK | 188 | 169 | 89.9 | 119 | 70.4 | 50 | 29.6 | 165 | 87.8 | 134 | 81.2 | 31 | 18.8 |
| AZ | 16,929 | 16,260 | 96.0 | 15,104 | 92.9 | 1,156 | 7.1 | 16,266 | 96.1 | 15,514 | 95.4 | 752 | 4.6 |
| CA,N | 825 | 807 | 97.8 | 352 | 43.6 | 455 | 56.4 | 813 | 98.5 | 530 | 65.2 | 283 | 34.8 |
| CA,E | 629 | 619 | 98.4 | 434 | 70.1 | 185 | 29.9 | 618 | 98.3 | 524 | 84.8 | 94 | 15.2 |
| CA,C | 2,036 | 1,930 | 94.8 | 1,129 | 58.5 | 801 | 41.5 | 1,924 | 94.5 | 1,305 | 67.8 | 619 | 32.2 |
| CA,S | 8,671 | 8,077 | 93.1 | 3,666 | 45.4 | 4,411 | 54.6 | 8,007 | 92.3 | 3,353 | 41.9 | 4,654 | 58.1 |
| HI | 233 | 193 | 82.8 | 61 | 31.6 | 132 | 68.4 | 193 | 82.8 | 131 | 67.9 | 62 | 32.1 |
| ID | 428 | 297 | 69.4 | 176 | 59.3 | 121 | 40.7 | 311 | 72.7 | 245 | 78.8 | 66 | 21.2 |
| MT | 434 | 347 | 80.0 | 255 | 73.5 | 92 | 26.5 | 347 | 80.0 | 255 | 73.5 | 92 | 26.5 |
| NV | 584 | 546 | 93.5 | 328 | 60.1 | 218 | 39.9 | 545 | 93.3 | 392 | 71.9 | 153 | 28.1 |
| OR | 572 | 546 | 95.5 | 305 | 55.9 | 241 | 44.1 | 546 | 95.5 | 380 | 69.6 | 166 | 30.4 |
| WA,E | 430 | 320 | 74.4 | 234 | 73.1 | 86 | 26.9 | 316 | 73.5 | 290 | 91.8 | 26 | 8.2 |
| WA,W | 808 | 772 | 95.5 | 281 | 36.4 | 491 | 63.6 | 769 | 95.2 | 301 | 39.1 | 468 | 60.9 |
| GUAM | 63 | 61 | 96.8 | 21 | 34.4 | 40 | 65.6 | 61 | 96.8 | 32 | 52.5 | 29 | 47.5 |
| NM,I | 16 | 16 | 100.0 | 9 | 56.3 | 7 | 43.8 | 16 | 100.0 | 11 | 68.8 | 5 | 31.3 |

## Table H-3. (September 30, 2019—Continued)

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] ||||||  Type of AUSA[2] Recommendation Made[3] ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended || Detention || Release || AUSA Recommendation || Detention || Release ||
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| **10TH** | 7,927 | 7,353 | 92.8 | 5,846 | 79.5 | 1,507 | 20.5 | 7,349 | 92.7 | 6,196 | 84.3 | 1,153 | 15.7 |
| CO | 658 | 516 | 78.4 | 290 | 56.2 | 226 | 43.8 | 509 | 77.4 | 378 | 74.3 | 131 | 25.7 |
| KS | 529 | 454 | 85.8 | 302 | 66.5 | 152 | 33.5 | 454 | 85.8 | 324 | 71.4 | 130 | 28.6 |
| NM | 4,760 | 4,634 | 97.4 | 4,128 | 89.1 | 506 | 10.9 | 4,629 | 97.2 | 4,221 | 91.2 | 408 | 8.8 |
| OK,N | 370 | 318 | 85.9 | 193 | 60.7 | 125 | 39.3 | 318 | 85.9 | 214 | 67.3 | 104 | 32.7 |
| OK,E | 136 | 124 | 91.2 | 81 | 65.3 | 43 | 34.7 | 124 | 91.2 | 98 | 79.0 | 26 | 21.0 |
| OK,W | 680 | 595 | 87.5 | 292 | 49.1 | 303 | 50.9 | 602 | 88.5 | 327 | 54.3 | 275 | 45.7 |
| UT | 585 | 549 | 93.8 | 438 | 79.8 | 111 | 20.2 | 549 | 93.8 | 481 | 87.6 | 68 | 12.4 |
| WY | 209 | 163 | 78.0 | 122 | 74.8 | 41 | 25.2 | 164 | 78.5 | 153 | 93.3 | 11 | 6.7 |
| **11TH** | 7,497 | 6,418 | 85.6 | 3,878 | 60.4 | 2,540 | 39.6 | 6,562 | 87.5 | 4,185 | 63.8 | 2,377 | 36.2 |
| AL,N | 656 | 400 | 61.0 | 237 | 59.3 | 163 | 40.8 | 400 | 61.0 | 250 | 62.5 | 150 | 37.5 |
| AL,M | 125 | 109 | 87.2 | 59 | 54.1 | 50 | 45.9 | 109 | 87.2 | 63 | 57.8 | 46 | 42.2 |
| AL,S | 427 | 263 | 61.6 | 162 | 61.6 | 101 | 38.4 | 261 | 61.1 | 176 | 67.4 | 85 | 32.6 |
| FL,N | 481 | 452 | 94.0 | 249 | 55.1 | 203 | 44.9 | 452 | 94.0 | 286 | 63.3 | 166 | 36.7 |
| FL,M | 1,780 | 1,642 | 92.2 | 969 | 59.0 | 673 | 41.0 | 1,641 | 92.2 | 1,208 | 73.6 | 433 | 26.4 |
| FL,S | 2,270 | 2,043 | 90.0 | 1,233 | 60.4 | 810 | 39.6 | 2,230 | 98.2 | 1,123 | 50.4 | 1,107 | 49.6 |
| GA,N | 735 | 653 | 88.8 | 367 | 56.2 | 286 | 43.8 | 641 | 87.2 | 445 | 69.4 | 196 | 30.6 |
| GA,M | 448 | 354 | 79.0 | 210 | 59.3 | 144 | 40.7 | 330 | 73.7 | 232 | 70.3 | 98 | 29.7 |
| GA,S | 575 | 502 | 87.3 | 392 | 78.1 | 110 | 21.9 | 498 | 86.6 | 402 | 80.7 | 96 | 19.3 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.

[1] PSO = Pretrial Services Officer.

[2] AUSA = Assistant U.S. Attorney.

[3] Excludes dismissals and cases in which release is not possible within 90 days.