**Table H-14A.**
**U.S. District Courts—Pretrial Services Release and Detention, Excluding Immigration Cases**
**For the 12-Month Period Ending September 30, 2018**

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| **TOTAL** | 58,552 | 35,762 | 61.1 | 22,790 | 38.9 |
| **1ST** | 2,059 | 1,363 | 66.2 | 696 | 33.8 |
| ME | 175 | 85 | 48.6 | 90 | 51.4 |
| MA | 438 | 237 | 54.1 | 201 | 45.9 |
| NH | 150 | 86 | 57.3 | 64 | 42.7 |
| RI | 149 | 78 | 52.3 | 71 | 47.7 |
| PR | 1,147 | 877 | 76.5 | 270 | 23.5 |
| **2ND** | 3,347 | 1,640 | 49.0 | 1,707 | 51.0 |
| CT | 349 | 161 | 46.1 | 188 | 53.9 |
| NY,N | 286 | 150 | 52.4 | 136 | 47.6 |
| NY,E | 716 | 331 | 46.2 | 385 | 53.8 |
| NY,S | 1,450 | 734 | 50.6 | 716 | 49.4 |
| NY,W | 414 | 191 | 46.1 | 223 | 53.9 |
| VT | 132 | 73 | 55.3 | 59 | 44.7 |
| **3RD** | 2,185 | 1,088 | 49.8 | 1,097 | 50.2 |
| DE | 93 | 64 | 68.8 | 29 | 31.2 |
| NJ | 756 | 293 | 38.8 | 463 | 61.2 |
| PA,E | 512 | 295 | 57.6 | 217 | 42.4 |
| PA,M | 311 | 156 | 50.2 | 155 | 49.8 |
| PA,W | 450 | 239 | 53.1 | 211 | 46.9 |
| VI | 63 | 41 | 65.1 | 22 | 34.9 |
| **4TH** | 4,760 | 2,623 | 55.1 | 2,137 | 44.9 |
| MD | 656 | 384 | 58.5 | 272 | 41.5 |
| NC,E | 772 | 533 | 69.0 | 239 | 31.0 |
| NC,M | 285 | 167 | 58.6 | 118 | 41.4 |
| NC,W | 522 | 373 | 71.5 | 149 | 28.5 |
| SC | 749 | 413 | 55.1 | 336 | 44.9 |
| VA,E | 1,068 | 402 | 37.6 | 666 | 62.4 |
| VA,W | 196 | 93 | 47.4 | 103 | 52.6 |
| WV,N | 270 | 106 | 39.3 | 164 | 60.7 |
| WV,S | 242 | 152 | 62.8 | 90 | 37.2 |



EXHIBIT C

## Table H-14A. (September 30, 2018—Continued)

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| **5TH** | 10,615 | 7,356 | 69.3 | 3,259 | 30.7 |
| LA,E | 269 | 147 | 54.6 | 122 | 45.4 |
| LA,M | 153 | 67 | 43.8 | 86 | 56.2 |
| LA,W | 197 | 109 | 55.3 | 88 | 44.7 |
| MS,N | 155 | 77 | 49.7 | 78 | 50.3 |
| MS,S | 334 | 242 | 72.5 | 92 | 27.5 |
| TX,N | 859 | 528 | 61.5 | 331 | 38.5 |
| TX,E | 583 | 409 | 70.2 | 174 | 29.8 |
| TX,S | 3,863 | 2,863 | 74.1 | 1,000 | 25.9 |
| TX,W | 4,202 | 2,914 | 69.3 | 1,288 | 30.7 |
| **6TH** | 4,814 | 2,722 | 56.5 | 2,092 | 43.5 |
| KY,E | 356 | 229 | 64.3 | 127 | 35.7 |
| KY,W | 272 | 140 | 51.5 | 132 | 48.5 |
| MI,E | 795 | 354 | 44.5 | 441 | 55.5 |
| MI,W | 368 | 189 | 51.4 | 179 | 48.6 |
| OH,N | 733 | 433 | 59.1 | 300 | 40.9 |
| OH,S | 726 | 337 | 46.4 | 389 | 53.6 |
| TN,E | 688 | 559 | 81.3 | 129 | 18.8 |
| TN,M | 280 | 156 | 55.7 | 124 | 44.3 |
| TN,W | 596 | 325 | 54.5 | 271 | 45.5 |
| **7TH** | 2,571 | 1,469 | 57.1 | 1,102 | 42.9 |
| IL,N | 701 | 343 | 48.9 | 358 | 51.1 |
| IL,C | 280 | 197 | 70.4 | 83 | 29.6 |
| IL,S | 250 | 140 | 56.0 | 110 | 44.0 |
| IN,N | 432 | 271 | 62.7 | 161 | 37.3 |
| IN,S | 549 | 380 | 69.2 | 169 | 30.8 |
| WI,E | 278 | 99 | 35.6 | 179 | 64.4 |
| WI,W | 81 | 39 | 48.1 | 42 | 51.9 |
| **8TH** | 4,979 | 3,153 | 63.3 | 1,826 | 36.7 |
| AR,E | 448 | 170 | 37.9 | 278 | 62.1 |
| AR,W | 179 | 148 | 82.7 | 31 | 17.3 |
| IA,N | 319 | 221 | 69.3 | 98 | 30.7 |
| IA,S | 418 | 264 | 63.2 | 154 | 36.8 |
| MN | 287 | 157 | 54.7 | 130 | 45.3 |
| MO,E | 1,466 | 1,062 | 72.4 | 404 | 27.6 |
| MO,W | 701 | 475 | 67.8 | 226 | 32.2 |
| NE | 418 | 242 | 57.9 | 176 | 42.1 |
| ND | 266 | 135 | 50.8 | 131 | 49.2 |
| SD | 477 | 279 | 58.5 | 198 | 41.5 |

## Table H-14A. (September 30, 2018—Continued)

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| **9TH** | 14,473 | 9,569 | 66.1 | 4,904 | 33.9 |
| AK | 219 | 147 | 67.1 | 72 | 32.9 |
| AZ | 3,105 | 1,996 | 64.3 | 1,109 | 35.7 |
| CA,N | 572 | 254 | 44.4 | 318 | 55.6 |
| CA,E | 520 | 319 | 61.3 | 201 | 38.7 |
| CA,C | 1,257 | 594 | 47.3 | 663 | 52.7 |
| CA,S | 6,026 | 5,002 | 83.0 | 1,024 | 17.0 |
| HI | 210 | 78 | 37.1 | 132 | 62.9 |
| ID | 286 | 163 | 57.0 | 123 | 43.0 |
| MT | 332 | 173 | 52.1 | 159 | 47.9 |
| NV | 415 | 243 | 58.6 | 172 | 41.4 |
| OR | 438 | 198 | 45.2 | 240 | 54.8 |
| WA,E | 322 | 184 | 57.1 | 138 | 42.9 |
| WA,W | 719 | 208 | 28.9 | 511 | 71.1 |
| GUAM | 42 | 6 | 14.3 | 36 | 85.7 |
| NM,I | 10 | 4 | 40.0 | 6 | 60.0 |
| **10TH** | 3,505 | 1,976 | 56.4 | 1,529 | 43.6 |
| CO | 414 | 250 | 60.4 | 164 | 39.6 |
| KS | 437 | 234 | 53.5 | 203 | 46.5 |
| NM | 1,074 | 621 | 57.8 | 453 | 42.2 |
| OK,N | 176 | 73 | 41.5 | 103 | 58.5 |
| OK,E | 134 | 98 | 73.1 | 36 | 26.9 |
| OK,W | 502 | 196 | 39.0 | 306 | 61.0 |
| UT | 594 | 398 | 67.0 | 196 | 33.0 |
| WY | 174 | 106 | 60.9 | 68 | 39.1 |
| **11TH** | 5,244 | 2,803 | 53.5 | 2,441 | 46.5 |
| AL,N | 287 | 118 | 41.1 | 169 | 58.9 |
| AL,M | 206 | 71 | 34.5 | 135 | 65.5 |
| AL,S | 189 | 75 | 39.7 | 114 | 60.3 |
| FL,N | 268 | 111 | 41.4 | 157 | 58.6 |
| FL,M | 1,260 | 786 | 62.4 | 474 | 37.6 |
| FL,S | 1,952 | 1,080 | 55.3 | 872 | 44.7 |
| GA,N | 479 | 212 | 44.3 | 267 | 55.7 |
| GA,M | 332 | 155 | 46.7 | 177 | 53.3 |
| GA,S | 271 | 195 | 72.0 | 76 | 28.0 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.
NOTE: Includes data reported for previous periods on Table H-9.

[1] Data represents defendants whose cases were activated during the 12-month period. Excludes dismissals, cases in which release is not possible within 90 days, transfers out, and cases that were later converted to diversion cases during the period.
[2] Includes data reported for previous periods as "never released."
[3] Includes data reported for previous periods as "later released," "released and later detained," and "never detained."