Table H-14A.
**U.S. District Courts—Pretrial Services Release and Detention, Excluding Immigration Cases**
For the 12-Month Period Ending September 30, 2019

| Circuit and District | Cases [1] | Detained and Never Released [2] | | Released [3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| **TOTAL** | 62,803 | 38,332 | 61.0 | 24,471 | 39.0 |
| **1ST** | 2,240 | 1,285 | 57.4 | 955 | 42.6 |
| ME | 233 | 85 | 36.5 | 148 | 63.5 |
| MA | 619 | 319 | 51.5 | 300 | 48.5 |
| NH | 221 | 97 | 43.9 | 124 | 56.1 |
| RI | 116 | 54 | 46.6 | 62 | 53.4 |
| PR | 1,051 | 730 | 69.5 | 321 | 30.5 |
| **2ND** | 3,300 | 1,518 | 46.0 | 1,782 | 54.0 |
| CT | 444 | 162 | 36.5 | 282 | 63.5 |
| NY,N | 320 | 203 | 63.4 | 117 | 36.6 |
| NY,E | 660 | 289 | 43.8 | 371 | 56.2 |
| NY,S | 1,248 | 601 | 48.2 | 647 | 51.8 |
| NY,W | 438 | 176 | 40.2 | 262 | 59.8 |
| VT | 190 | 87 | 45.8 | 103 | 54.2 |
| **3RD** | 2,901 | 1,454 | 50.1 | 1,447 | 49.9 |
| DE | 81 | 51 | 63.0 | 30 | 37.0 |
| NJ | 1,145 | 488 | 42.6 | 657 | 57.4 |
| PA,E | 738 | 415 | 56.2 | 323 | 43.8 |
| PA,M | 285 | 169 | 59.3 | 116 | 40.7 |
| PA,W | 550 | 287 | 52.2 | 263 | 47.8 |
| VI | 102 | 44 | 43.1 | 58 | 56.9 |
| **4TH** | 5,089 | 2,833 | 55.7 | 2,256 | 44.3 |
| MD | 606 | 349 | 57.6 | 257 | 42.4 |
| NC,E | 937 | 614 | 65.5 | 323 | 34.5 |
| NC,M | 349 | 207 | 59.3 | 142 | 40.7 |
| NC,W | 467 | 340 | 72.8 | 127 | 27.2 |
| SC | 605 | 273 | 45.1 | 332 | 54.9 |
| VA,E | 1,196 | 527 | 44.1 | 669 | 55.9 |
| VA,W | 276 | 164 | 59.4 | 112 | 40.6 |
| WV,N | 308 | 126 | 40.9 | 182 | 59.1 |
| WV,S | 345 | 233 | 67.5 | 112 | 32.5 |

EXHIBIT D

**Table H-14A. (September 30, 2019—Continued)**

| Circuit and District | Cases [1] | Detained and Never Released [2] | | Released [3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| **5TH** | **12,497** | **8,849** | **70.8** | **3,648** | **29.2** |
| LA,E | 264 | 164 | 62.1 | 100 | 37.9 |
| LA,M | 127 | 68 | 53.5 | 59 | 46.5 |
| LA,W | 232 | 148 | 63.8 | 84 | 36.2 |
| MS,N | 184 | 79 | 42.9 | 105 | 57.1 |
| MS,S | 459 | 299 | 65.1 | 160 | 34.9 |
| TX,N | 985 | 579 | 58.8 | 406 | 41.2 |
| TX,E | 658 | 474 | 72.0 | 184 | 28.0 |
| TX,S | 5,017 | 3,752 | 74.8 | 1,265 | 25.2 |
| TX,W | 4,571 | 3,286 | 71.9 | 1,285 | 28.1 |
| **6TH** | **5,142** | **2,970** | **57.8** | **2,172** | **42.2** |
| KY,E | 458 | 298 | 65.1 | 160 | 34.9 |
| KY,W | 355 | 195 | 54.9 | 160 | 45.1 |
| MI,E | 747 | 310 | 41.5 | 437 | 58.5 |
| MI,W | 314 | 182 | 58.0 | 132 | 42.0 |
| OH,N | 787 | 473 | 60.1 | 314 | 39.9 |
| OH,S | 715 | 310 | 43.4 | 405 | 56.6 |
| TN,E | 872 | 667 | 76.5 | 205 | 23.5 |
| TN,M | 277 | 137 | 49.5 | 140 | 50.5 |
| TN,W | 617 | 398 | 64.5 | 219 | 35.5 |
| **7TH** | **2,573** | **1,486** | **57.8** | **1,087** | **42.2** |
| IL,N | 834 | 398 | 47.7 | 436 | 52.3 |
| IL,C | 248 | 180 | 72.6 | 68 | 27.4 |
| IL,S | 282 | 161 | 57.1 | 121 | 42.9 |
| IN,N | 337 | 240 | 71.2 | 97 | 28.8 |
| IN,S | 559 | 370 | 66.2 | 189 | 33.8 |
| WI,E | 227 | 102 | 44.9 | 125 | 55.1 |
| WI,W | 86 | 35 | 40.7 | 51 | 59.3 |

### Table H-14A. (September 30, 2019—Continued)

| Circuit and District | Cases [1] | Detained and Never Released [2] | | Released [3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| **8TH** | **5,523** | **3,512** | **63.6** | **2,011** | **36.4** |
| AR,E | 473 | 202 | 42.7 | 271 | 57.3 |
| AR,W | 236 | 176 | 74.6 | 60 | 25.4 |
| IA,N | 328 | 207 | 63.1 | 121 | 36.9 |
| IA,S | 470 | 300 | 63.8 | 170 | 36.2 |
| MN | 359 | 194 | 54.0 | 165 | 46.0 |
| MO,E | 1,588 | 1,150 | 72.4 | 438 | 27.6 |
| MO,W | 858 | 595 | 69.3 | 263 | 30.7 |
| NE | 426 | 249 | 58.5 | 177 | 41.5 |
| ND | 251 | 134 | 53.4 | 117 | 46.6 |
| SD | 534 | 305 | 57.1 | 229 | 42.9 |
| **9TH** | **14,592** | **9,381** | **64.3** | **5,211** | **35.7** |
| AK | 168 | 105 | 62.5 | 63 | 37.5 |
| AZ | 2,904 | 1,718 | 59.2 | 1,186 | 40.8 |
| CA,N | 730 | 309 | 42.3 | 421 | 57.7 |
| CA,E | 487 | 313 | 64.3 | 174 | 35.7 |
| CA,C | 1,417 | 647 | 45.7 | 770 | 54.3 |
| CA,S | 6,290 | 5,149 | 81.9 | 1,141 | 18.1 |
| HI | 195 | 74 | 37.9 | 121 | 62.1 |
| ID | 285 | 168 | 58.9 | 117 | 41.1 |
| MT | 324 | 162 | 50.0 | 162 | 50.0 |
| NV | 375 | 192 | 51.2 | 183 | 48.8 |
| OR | 423 | 188 | 44.4 | 235 | 55.6 |
| WA,E | 267 | 144 | 53.9 | 123 | 46.1 |
| WA,W | 659 | 198 | 30.0 | 461 | 70.0 |
| GUAM | 56 | 11 | 19.6 | 45 | 80.4 |
| NM,I | 12 | 3 | 25.0 | 9 | 75.0 |

**Table H-14A. (September 30, 2019—Continued)**

| Circuit and District | Cases [1] | Detained and Never Released [2] | | Released [3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| **10TH** | **3,795** | **2,199** | **57.9** | **1,596** | **42.1** |
| CO | 463 | 254 | 54.9 | 209 | 45.1 |
| KS | 428 | 245 | 57.2 | 183 | 42.8 |
| NM | 1,300 | 763 | 58.7 | 537 | 41.3 |
| OK,N | 281 | 144 | 51.2 | 137 | 48.8 |
| OK,E | 119 | 87 | 73.1 | 32 | 26.9 |
| OK,W | 514 | 221 | 43.0 | 293 | 57.0 |
| UT | 535 | 390 | 72.9 | 145 | 27.1 |
| WY | 155 | 95 | 61.3 | 60 | 38.7 |
| **11TH** | **5,151** | **2,845** | **55.2** | **2,306** | **44.8** |
| AL,N | 361 | 170 | 47.1 | 191 | 52.9 |
| AL,M | 95 | 44 | 46.3 | 51 | 53.7 |
| AL,S | 239 | 104 | 43.5 | 135 | 56.5 |
| FL,N | 354 | 168 | 47.5 | 186 | 52.5 |
| FL,M | 1,193 | 705 | 59.1 | 488 | 40.9 |
| FL,S | 1,613 | 931 | 57.7 | 682 | 42.3 |
| GA,N | 531 | 244 | 46.0 | 287 | 54.0 |
| GA,M | 326 | 160 | 49.1 | 166 | 50.9 |
| GA,S | 439 | 319 | 72.7 | 120 | 27.3 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.
NOTE: Includes data reported for previous periods on Table H-9.

[1] Data represents defendants whose cases were activated during the 12-month period. Excludes dismissals, cases in which release is not possible within 90 days,
[2] Includes data reported for previous periods as "never released."
[3] Includes data reported for previous periods as "later released," "released and later detained," and "never detained."