**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending December 31, 2019**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations - Felony | Rearrest Violations - Misdemeanor | Rearrest Violations - Other | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 197,772 | 55,142 | 27.9 | 9,045 | 16.4 | 442 | 519 | 61 | 650 | 8,283 | 14,161 |
| 1ST | 7,084 | 2,424 | 34.2 | 238 | 9.8 | 17 | 10 | 0 | 8 | 213 | 338 |
| ME | 572 | 262 | 45.8 | 63 | 24.0 | 9 | 2 | 0 | 1 | 55 | 84 |
| MA | 1,740 | 685 | 39.4 | 80 | 11.7 | 5 | 2 | 0 | 2 | 74 | 114 |
| NH | 559 | 245 | 43.8 | 29 | 11.8 | 2 | 4 | 0 | 1 | 24 | 31 |
| RI | 403 | 163 | 40.4 | 35 | 21.5 | 1 | 2 | 0 | 1 | 33 | 65 |
| PR | 3,810 | 1,069 | 28.1 | 31 | 2.9 | 0 | 0 | 0 | 3 | 27 | 44 |
| 2ND | 11,394 | 5,178 | 45.4 | 773 | 14.9 | 78 | 95 | 16 | 58 | 644 | 1,157 |
| CT | 1,306 | 624 | 47.8 | 103 | 16.5 | 10 | 4 | 1 | 11 | 92 | 164 |
| NY,N | 926 | 304 | 32.8 | 50 | 16.4 | 2 | 8 | 0 | 15 | 39 | 64 |
| NY,E | 3,173 | 1,439 | 45.4 | 209 | 14.5 | 13 | 23 | 5 | 2 | 190 | 329 |
| NY,S | 4,209 | 1,914 | 45.5 | 212 | 11.1 | 39 | 36 | 4 | 29 | 149 | 303 |
| NY,W | 1,363 | 701 | 51.4 | 140 | 20.0 | 10 | 20 | 6 | 1 | 118 | 202 |
| VT | 417 | 196 | 47.0 | 59 | 30.1 | 4 | 4 | 0 | 0 | 56 | 95 |
| 3RD | 8,792 | 3,633 | 41.3 | 451 | 12.4 | 39 | 26 | 6 | 23 | 422 | 711 |
| DE | 334 | 74 | 22.2 | 2 | 2.7 | 1 | 0 | 0 | 0 | 2 | 3 |
| NJ | 3,224 | 1,584 | 49.1 | 105 | 6.6 | 12 | 7 | 1 | 11 | 96 | 137 |
| PA,E | 2,026 | 742 | 36.6 | 138 | 18.6 | 5 | 6 | 2 | 4 | 134 | 287 |
| PA,M | 1,368 | 405 | 29.6 | 49 | 12.1 | 1 | 3 | 2 | 6 | 40 | 62 |
| PA,W | 1,563 | 693 | 44.3 | 140 | 20.2 | 19 | 10 | 1 | 1 | 134 | 203 |
| VI | 277 | 135 | 48.7 | 17 | 12.6 | 1 | 0 | 0 | 1 | 16 | 19 |
| 4TH | 12,026 | 4,172 | 34.7 | 737 | 17.7 | 20 | 59 | 9 | 30 | 661 | 1,081 |
| MD | 1,596 | 611 | 38.3 | 112 | 18.3 | 4 | 8 | 0 | 1 | 110 | 201 |
| NC,E | 1,991 | 535 | 26.9 | 113 | 21.1 | 5 | 23 | 6 | 2 | 87 | 171 |
| NC,M | 743 | 242 | 32.6 | 46 | 19.0 | 0 | 1 | 0 | 1 | 43 | 61 |
| NC,W | 1,264 | 281 | 22.2 | 37 | 13.2 | 2 | 3 | 1 | 0 | 33 | 41 |
| SC | 2,228 | 814 | 36.5 | 111 | 13.6 | 2 | 3 | 0 | 10 | 101 | 141 |
| VA,E | 2,198 | 931 | 42.4 | 109 | 11.7 | 2 | 13 | 2 | 8 | 89 | 157 |
| VA,W | 724 | 248 | 34.3 | 40 | 16.1 | 3 | 3 | 0 | 7 | 36 | 55 |
| WV,N | 638 | 323 | 50.6 | 125 | 38.7 | 2 | 5 | 0 | 1 | 120 | 195 |
| WV,S | 644 | 187 | 29.0 | 44 | 23.5 | 0 | 0 | 0 | 0 | 42 | 59 |
| 5TH | 43,756 | 7,287 | 16.7 | 867 | 11.9 | 43 | 33 | 5 | 66 | 789 | 1,013 |
| LA,E | 847 | 281 | 33.2 | 17 | 6.0 | 1 | 2 | 0 | 2 | 12 | 20 |
| LA,M | 442 | 163 | 36.9 | 24 | 14.7 | 2 | 3 | 0 | 0 | 20 | 30 |
| LA,W | 829 | 193 | 23.3 | 3 | 1.6 | 0 | 0 | 0 | 0 | 3 | 3 |
| MS,N | 418 | 176 | 42.1 | 30 | 17.0 | 3 | 3 | 0 | 1 | 25 | 38 |
| MS,S | 1,068 | 307 | 28.7 | 16 | 5.2 | 2 | 1 | 0 | 1 | 12 | 16 |
| TX,N | 2,442 | 895 | 36.7 | 118 | 13.2 | 3 | 2 | 5 | 7 | 111 | 145 |
| TX,E | 1,890 | 349 | 18.5 | 38 | 10.9 | 4 | 5 | 0 | 1 | 38 | 45 |
| TX,S | 18,370 | 2,629 | 14.3 | 276 | 10.5 | 27 | 16 | 0 | 28 | 234 | 295 |
| TX,W | 17,450 | 2,294 | 13.1 | 345 | 15.0 | 1 | 1 | 0 | 26 | 334 | 421 |
| 6TH | 13,428 | 4,801 | 35.8 | 985 | 20.5 | 45 | 49 | 2 | 45 | 930 | 1,789 |
| KY,E | 1,122 | 305 | 27.2 | 33 | 10.8 | 0 | 0 | 0 | 1 | 32 | 39 |
| KY,W | 941 | 363 | 38.6 | 50 | 13.8 | 3 | 4 | 0 | 2 | 47 | 71 |
| MI,E | 2,382 | 1,109 | 46.6 | 287 | 25.9 | 11 | 6 | 0 | 7 | 284 | 611 |
| MI,W | 762 | 269 | 35.3 | 49 | 18.2 | 4 | 5 | 0 | 5 | 40 | 56 |
| OH,N | 1,970 | 660 | 33.5 | 72 | 10.9 | 1 | 3 | 1 | 19 | 67 | 116 |
| OH,S | 1,930 | 866 | 44.9 | 193 | 22.3 | 0 | 0 | 0 | 3 | 189 | 361 |

EXHIBIT E

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending December 31, 2019**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations - Felony | Rearrest Violations - Misdemeanor | Rearrest Violations - Other | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TN,E | 1,935 | 398 | 20.6 | 49 | 12.3 | 2 | 3 | 0 | 0 | 44 | 58 |
| TN,M | 938 | 333 | 35.5 | 110 | 33.0 | 20 | 15 | 0 | 2 | 98 | 215 |
| TN,W | 1,448 | 498 | 34.4 | 142 | 28.5 | 4 | 13 | 1 | 6 | 129 | 262 |
| 7TH | 7,785 | 2,813 | 36.1 | 505 | 18.0 | 28 | 39 | 6 | 13 | 466 | 873 |
| IL,N | 2,876 | 1,260 | 43.8 | 245 | 19.4 | 20 | 27 | 0 | 7 | 224 | 462 |
| IL,C | 694 | 192 | 27.7 | 34 | 17.7 | 1 | 2 | 0 | 1 | 32 | 39 |
| IL,S | 662 | 219 | 33.1 | 47 | 21.5 | 1 | 6 | 1 | 1 | 43 | 81 |
| IN,N | 981 | 291 | 29.7 | 23 | 7.9 | 4 | 1 | 0 | 2 | 17 | 23 |
| IN,S | 1,470 | 395 | 26.9 | 74 | 18.7 | 0 | 0 | 0 | 1 | 73 | 117 |
| WI,E | 758 | 366 | 48.3 | 71 | 19.4 | 2 | 3 | 5 | 0 | 66 | 136 |
| WI,W | 344 | 90 | 26.2 | 11 | 12.2 | 0 | 0 | 0 | 1 | 11 | 15 |
| 8TH | 14,263 | 4,457 | 31.2 | 1,341 | 30.1 | 77 | 106 | 14 | 64 | 1,256 | 2,793 |
| AR,E | 1,971 | 794 | 40.3 | 257 | 32.4 | 25 | 16 | 2 | 35 | 236 | 431 |
| AR,W | 675 | 127 | 18.8 | 8 | 6.3 | 0 | 0 | 0 | 4 | 7 | 6 |
| IA,N | 851 | 212 | 24.9 | 80 | 37.7 | 1 | 12 | 2 | 3 | 72 | 121 |
| IA,S | 1,163 | 326 | 28.0 | 109 | 33.4 | 2 | 11 | 8 | 0 | 104 | 185 |
| MN | 934 | 346 | 37.0 | 75 | 21.7 | 5 | 10 | 1 | 3 | 64 | 110 |
| MO,E | 3,246 | 920 | 28.3 | 418 | 45.4 | 18 | 9 | 0 | 9 | 407 | 1,344 |
| MO,W | 2,334 | 599 | 25.7 | 139 | 23.2 | 7 | 10 | 0 | 0 | 129 | 227 |
| NE | 1,186 | 413 | 34.8 | 73 | 17.7 | 8 | 12 | 1 | 3 | 65 | 97 |
| ND | 774 | 298 | 38.5 | 47 | 15.8 | 2 | 3 | 0 | 6 | 44 | 59 |
| SD | 1,129 | 422 | 37.4 | 135 | 32.0 | 9 | 23 | 0 | 1 | 128 | 213 |
| 9TH | 51,712 | 12,431 | 24.0 | 1,998 | 16.1 | 36 | 38 | 0 | 255 | 1,849 | 2,844 |
| AK | 448 | 131 | 29.2 | 17 | 13.0 | 1 | 0 | 0 | 1 | 17 | 27 |
| AZ | 20,907 | 2,264 | 10.8 | 475 | 21.0 | 4 | 11 | 0 | 65 | 453 | 587 |
| CA,N | 2,577 | 1,208 | 46.9 | 161 | 13.3 | 0 | 0 | 0 | 11 | 156 | 307 |
| CA,E | 2,051 | 722 | 35.2 | 54 | 7.5 | 1 | 0 | 0 | 8 | 53 | 65 |
| CA,C | 6,070 | 2,205 | 36.3 | 219 | 9.9 | 13 | 7 | 0 | 25 | 195 | 304 |
| CA,S | 12,034 | 2,612 | 21.7 | 523 | 20.0 | 7 | 9 | 0 | 114 | 443 | 669 |
| HI | 545 | 284 | 52.1 | 39 | 13.7 | 0 | 0 | 0 | 0 | 40 | 50 |
| ID | 790 | 238 | 30.1 | 45 | 18.9 | 2 | 1 | 0 | 4 | 42 | 66 |
| MT | 760 | 271 | 35.7 | 55 | 20.3 | 2 | 3 | 0 | 0 | 53 | 69 |
| NV | 1,583 | 578 | 36.5 | 73 | 12.6 | 1 | 1 | 0 | 7 | 70 | 92 |
| OR | 1,413 | 696 | 49.3 | 178 | 25.6 | 4 | 4 | 0 | 10 | 172 | 299 |
| WA,E | 920 | 347 | 37.7 | 69 | 19.9 | 1 | 1 | 0 | 6 | 65 | 131 |
| WA,W | 1,439 | 745 | 51.8 | 70 | 9.4 | 0 | 1 | 0 | 4 | 70 | 136 |
| GUAM | 140 | 107 | 76.4 | 17 | 15.9 | 0 | 0 | 0 | 0 | 17 | 38 |
| NM,I | 35 | 23 | 65.7 | 3 | 13.0 | 0 | 0 | 0 | 0 | 3 | 4 |
| 10TH | 13,088 | 3,225 | 24.6 | 523 | 16.2 | 16 | 17 | 0 | 65 | 481 | 721 |
| CO | 1,288 | 408 | 31.7 | 52 | 12.7 | 3 | 1 | 0 | 29 | 46 | 67 |
| KS | 1,173 | 406 | 34.6 | 92 | 22.7 | 2 | 3 | 0 | 3 | 92 | 151 |
| NM | 6,919 | 1,101 | 15.9 | 143 | 13.0 | 0 | 0 | 0 | 16 | 140 | 154 |
| OK,N | 580 | 215 | 37.1 | 75 | 34.9 | 1 | 0 | 0 | 3 | 70 | 153 |
| OK,E | 266 | 57 | 21.4 | 4 | 7.0 | 0 | 0 | 0 | 1 | 3 | 4 |
| OK,W | 1,258 | 502 | 39.9 | 64 | 12.7 | 2 | 3 | 0 | 4 | 57 | 85 |
| UT | 1,222 | 417 | 34.1 | 82 | 19.7 | 8 | 10 | 0 | 5 | 64 | 98 |
| WY | 382 | 119 | 31.2 | 11 | 9.2 | 0 | 0 | 0 | 4 | 9 | 9 |
| 11TH | 14,444 | 4,721 | 32.7 | 627 | 13.3 | 43 | 47 | 3 | 23 | 572 | 841 |
| AL,N | 1,188 | 372 | 31.3 | 60 | 16.1 | 6 | 6 | 0 | 4 | 55 | 93 |
| AL,M | 355 | 159 | 44.8 | 13 | 8.2 | 0 | 0 | 0 | 1 | 12 | 21 |
| AL,S | 706 | 233 | 33.0 | 47 | 20.2 | 2 | 4 | 0 | 0 | 44 | 52 |
| FL,N | 831 | 360 | 43.3 | 33 | 9.2 | 5 | 3 | 2 | 1 | 26 | 44 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending December 31, 2019**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations | | | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Felony | Misde-meanor | Other | | | |
| FL,M | 3,557 | 997 | 28.0 | 162 | 16.2 | 12 | 16 | 0 | 5 | 147 | 216 |
| FL,S | 3,967 | 1,319 | 33.2 | 161 | 12.2 | 1 | 0 | 0 | 2 | 159 | 200 |
| GA,N | 1,928 | 683 | 35.4 | 80 | 11.7 | 7 | 10 | 1 | 5 | 68 | 112 |
| GA,M | 977 | 373 | 38.2 | 52 | 13.9 | 8 | 6 | 0 | 2 | 45 | 77 |
| GA,S | 935 | 225 | 24.1 | 19 | 8.4 | 2 | 2 | 0 | 3 | 16 | 26 |

NOTE: This table excludes data for the District of Columbia and includes transfers received.